IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAR 13 2007
CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | |
|---|---|
| ANTONIO BUCKLEY, | § |
| Petitioner, | § |
| VS. | §  NO. 4:06-CV-257-A |
| NATHANIEL QUARTERMAN, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION, | § |
| Respondent. | § |

## O R D E R

Came on for consideration the above-captioned action wherein Antonio Buckley is petitioner and Nathaniel Quarterman, Director, T.D.C.J., Correctional Institutions Division, is respondent. This is a petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254. On February 14, 2007, the United States Magistrate Judge issued his proposed findings, conclusions, and recommendation, and ordered that the parties file objections, if any, thereto by March 7, 2007. Because timely objections have not been filed, the court accepts the proposed findings, conclusions, and recommendation of the United States Magistrate Judge. Therefore,

The court ORDERS that the petition be, and is hereby, denied.

SIGNED March 13, 2007.

_____
JOHN McBRYDE
United States District Judge